UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| AMCO INSURANCE COMPANY, | No. 2:17-cv-01396-KJM-DB |
|---|---|
| Plaintiff, | |
| v. | FIRST AMENDMENT TO THE SCHEDULING ORDER |
| BRASSCRAFT MANUFACTURING COMPANY, et al., | |
| Defendants. | |

The parties jointly request (ECF No. 10) to amend dates in the pretrial scheduling order (ECF No. 7). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery cutoff | June 1, 2018 | September 7, 2018 |
| Expert Disclosures | July 12, 2018 | October 22, 2018 |
| Supplemental Expert Disclosures | August 13, 2018 | November 26, 2018 |
| Completion of Expert Discovery | August 31, 2018 | December 21, 2018 |
| Dispositive Motions Hearing Cutoff | November 16, 2018 | February 22, 2019 |
| Final Pretrial Conference and Trial | To be set as needed after dispositive motions | |

This amendment does not alter any other portion of the initial scheduling order (ECF No. 7).

IT IS SO ORDERED.

DATED: May 8, 2018.

UNITED STATES DISTRICT JUDGE

1